IN THE UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| David Khalaj and Juliet David Youmaran, a married couple,<br><br>              Plaintiffs,<br>   vs.<br><br>City of Phoenix, Arizona, a municipal corporation,<br><br>              Defendant. | NO. CV-17-01199-PHX-GMS (JZB)<br><br>**ORDER** |

  Pending before the Court is Defendants' "Motion for Sanctions Against Plaintiffs." (Doc. ___). After review, the Court will grant the Motion.

  Accordingly,

  **IT IS ORDERED:**

  1. The Motion (Doc.___) is **granted.**

  2. The following sanctions are awarded against Plaintiffs:

    (a) Plaintiffs' damages claim for lost income based on alleged lost real estate transactions is dismissed.

1

(b) Defendants are permitted to conduct discovery at Plaintiffs' expense directed at Plaintiff Khalaj's claim of disability (this includes subpoenaing Plaintiff Khalaj's disability file from the Social Security Administration).

(c) Juliet Youmaran is ordered to appear for and complete her continued deposition via Zoom on or before January 18, 2021.

(d) Plaintiff David Khalaj is ordered to appear for and complete his deposition by January 29, 2021.

(e) The deadline for Defendants to complete the remainder of the discovery identified in their Motion for Sanctions is extended to January 29, 2021.

(f) The deadline for Defendants to disclose their expert witnesses is extended to February 26, 2021.

(g) Defendants are awarded the attorneys' fees and costs they incurred as a result of Plaintiffs' non-appearance at their depositions in the amount of $950.00.

(h) Defendants are awarded the attorneys' fees they incurred in bringing this motion in the amount of $_____.