**KHALAJ V. CITY OF PHOENIX, ET AL.**
**CASE NO.: CV-17-01199-PHX-GMS (JZB)**
**PLAINTIFFS' STATEMENT OF FACTS**
**IN SUPPORT OF ITS OPPOSITION TO DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT**
<u>**INDEX OF EXHIBITS**</u>

| | |
|---|---|
| Exhibit A | Deposition Transcript of James Townsend |
| Exhibit B | Deposition Transcript of David Khalaj USA |
| Exhibit C | Deposition Transcript of David Khalaj CITY |
| Exhibit D | Deposition Transcript of Jesus Mata |
| Exhibit E | Deposition Transcript of Youmaran CITY |
| Exhibit F | Deposition Transcript of Sisson |
| Exhibit G | Deposition Transcript of Osorio |
| Exhibit H | Deposition Transcript of Youmaran USA |
| Exhibit I | Discovery Responses re Videos |
| Exhibit J | Deposition Transcript of Melander |
| Exhibit K | Deposition Transcript of Bidwell |
| Exhibit L | Deposition Transcript of Lilian Fine |
| Exhibit M | Deposition Transcript of Sgt Green |
| Exhibit N | Deposition Transcript of Todd Blanc |
| Exhibit O | Deposition Transcript of Yost |
| Exhibit P | 2/6/17 Minute Order |
| Exhibit R | Deposition Transcript of Dr. Seltzer |
| Exhibit S | Deposition Transcript of Wallentine |
| Exhibit T | Deposition Transcript of Hendricks |
| Exhibit U | Deposition Transcript of Roger Williams |
| Exhibit V | Foltz Report / report charts |
| Exhibit W | MLS Real estate listings |
| Exhibit X | Deposition Transcript of Foltz |