# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Khalaj, et al., | No. CV-17-01199-PHX-GMS (JZB) |
| Plaintiffs, | **ORDER** |
| v. | |
| City of Phoenix, et al., | |
| Respondents. | |

Pending before the Court is the Report and Recommendation ("R&R") of Magistrate Judge John Z. Boyle (Doc. 318) regarding Magistrate Judge Boyle's Order (Doc. 230) granting Defendants' Motion for Sanctions (Doc. 129). The R&R recommends that the District Court adopt Judge Boyle's Order (Doc. 230) granting Defendants' Motion for Sanctions; grant Defendants' Motion for Attorneys' Fees (Doc. 275) to the extent provided in the R&R; and, award Defendants attorneys' fees and costs to be assessed against Plaintiffs to the extent provided in the R&R. No objections were filed.

The absence of a timely objection means that error may not be assigned on appeal to any defect in the rulings of the Magistrate Judge on any non-dispositive matters. Fed. R. Civ. P. 72(a) ("A party may serve and file objections to the order within 14 days after being served with a copy [of the magistrate's order]. A party may not assign as error a defect in the order not timely objected to."); *Simpson v. Lear Astronics Corp.*, 77 F.3d 1170, 1174 (9th Cir. 1996); *Phillips v. GMC*, 289 F.3d 1117, 1120–21 (9th Cir. 2002).

1 | Notwithstanding the absence of an objection, the Court has reviewed the R&R and finds that it is well taken.  The Court will accept the R&R and adopt Magistrate Judge Boyle's Order granting Defendants' Motion for Sanctions; grant Defendants' Motion for Attorneys' Fees (Doc. 275) to the extent provided in the R&R; and, award Defendants attorneys' fees and costs to be assessed against Plaintiffs.  *See* 28 U.S.C. § 636(b)(1) (stating that the district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate").

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (Doc. 318) is accepted.

**IT IS FURTHER ORDERED** adopting the Magistrate Judge's January 22, 2021 Order (Doc. 230) granting Defendants' Motion for Sanctions (Doc. 219), pursuant to LRCiv 72.2(a)(1).

**IT IS FURTHER ORDERED** granting Defendants' Motion for Attorneys' Fees (Doc. 275) to the extent provided in the R&R.

**IT IS FURTHER RECOMMENDED** that Defendants be awarded $21,047.50 in attorneys' fees and $2,034.90 in costs, for a total award of $23,082.40 to be assessed against Plaintiffs.

Dated this 24th day of March, 2022.

_G. Murray Snow_
G. Murray Snow
Chief United States District Judge